AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

Saint Francis Hospital and Medical Center

V.

Hartford HealthCare Corporation et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:22-cv-00050-SVN

| PRESIDING JUDGE<br>Sarala V. Nagala | PLAINTIFF'S ATTORNEY<br>Ettinger/Fish | DEFENDANT'S ATTORNEY<br>Fahey/Stock/France/Weissman/Dillickrath |
|---|---|---|
| TRIAL DATE (S) of Hearing<br>10/14/2022 | COURT REPORTER<br>Denae Hovland | COURTROOM DEPUTY<br>M. Bozek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10/14/2022 | Full | 10/14/22 | PowerPoint Slides |
| 1 |  | 10/14/2022 | Full | 10/14/22 | PowerPoint Slides |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages