UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER, INC., *Plaintiff,* | : : : : : : : : : : : : : : : : : | Case No. 3:22-cv-00050-SVN MARCH 20, 2024 |
| v. | | |
| HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC *Defendant.* | | |

**PROSPECT WATERBURY, INC., PROSPECT MANCHESTER HOSPITAL, INC., AND PROSPECT ROCKVILLE, INC. <u>AMENDED RESPONSE REGARDING PLAINTIFF'S MOTION TO COMPEL</u>**

Non-Parties Prospect Waterbury, Inc. ("Waterbury Hospital"), Prospect Manchester Hospital ("Manchester Memorial Hospital"), and Prospect Rockville, Inc. ("Rockville General Hospital" and collectively, with Waterbury Hospital and Manchester Memorial Hospital, the "Prospect Hospitals"), through its undersigned counsel, hereby submit this response regarding Plaintiff St. Francis Hospital and Medical Center, Inc.'s ("St. Francis") Motion to Compel, dated December 29, 2023 (ECF No. 218), and this Court's Order, dated March 7, 2024 (ECF No. 240).

In its Motion, St. Francis seeks "[e]ach entity's most recent (within the last two years) strategic plan or competitive assessment." On March 7, 2024, this Court instructed the Prospect Hospitals to (i) determine whether any responsive documents exist; (ii) confer with St. Francis by March 18, 2024; and (iii) report to the Court by March 20, 2024 whether any additional court intervention is necessary. The Prospect Hospitals have determined that they are not in

possession of a strategic plan and conferred with St. Francis concerning the same on March 18, 2024.  In addition, during their meet and confer, the Prospect Hospitals conferred with St. Francis concerning the scope of the term "competitive assessment" and are still seeking to determine whether such a "competitive assessment" exists as clarified during the parties' March 18th meet and confer.  However, the Prospect Hospitals require additional time to determine the existence of any such responsive documents and to confer with St. Francis regarding the production of any such documents.  As a result, the Prospect Hospitals require additional time to determine whether any additional Court intervention is necessary with respect to St. Francis's Motion.  Therefore, the Prospect Hospitals respectfully request that the Court permit the Prospect Hospitals to submit a further response by March 29, 2024 with respect to St. Francis's Motion and whether Court intervention is necessary.[1]  The Prospect Hospitals have conferred with St. Francis, which consents to this request.

Dated: March 20, 2024

Respectfully submitted,

PROSPECT WATERBURY, INC., PROSPECT MANCHESTER HOSPITAL AND PROSPECT ROCKVILLE, INC.

By: __/s/Anthony J. Boccamazzo__
Anthony J. Boccamazzo (ct30747)
Brown Rudnick LLP
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 509-6500
aboccamazzo@brownrudnick.com

---

[1] In their original, the Prospect Hospitals indicated that the Prospect Hospitals and/or St. Francis were requesting additional time to file a response to the Court's Order.  However, the Prospect Hospitals are filing this amended response indicating that the Prospect Hospitals will file the additional response and require additional time to do so.

*Counsel for Non-Parties Prospect Waterbury, Inc., Prospect Manchester Hospital, and Prospect Rockville, Inc.*

4

## CERTIFICATION OF SERVICE

    I hereby certify that on March 20, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              /s/ *Anthony J. Boccamazzo*
                                              Anthony J. Boccamazzo