UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAINT FRANCIS HOSPITAL AND MEDICAL
CENTER, INC.,

        Plaintiff,

v.

HARTFORD HEALTHCARE CORPORATION,
HARTFORD HOSPITAL, HARTFORD
HEALTHCARE MEDICAL GROUP, INC.,
INTEGRATED CARE PARTNERS, LLC,

        Defendants.

Case No. 22-cv-00050-SVN

January 2, 2025

## STIPULATION REGARDING DISMISSAL

Plaintiff Saint Francis Hospital and Medical Center ("Plaintiff") and Defendants Hartford HealthCare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., Integrated Care Partners, LLC ("Defendants") (each individually a "Party" and collectively the "Parties"), having reached a mutually acceptable resolution in the above-captioned action ("Litigation") hereby stipulate (the "Stipulation") to the dismissal of the Litigation with prejudice and with each party to bear their respective costs and attorneys' fees.

Dated: January 2, 2025

Respectfully submitted,

/s/ William S. Fish, Jr. (with permission)
William S. Fish, Jr. (ct24365)
wfish@hinckleyallen.com
Jeffrey Mirman (ct05433)
jmirman@hinckleyallen.com
Alexa Millinger (ct29800)
amillinger@hinckleyallen.com
Hinckley, Allen & Snyder LLP
20 Church Street

58689229.4

Hartford, CT 06103
Telephone: (860) 725-6200


/s/ David A. Ettinger
David A. Ettinger (P26537)
(Admitted *Pro Hac Vice*)
dettinger@honigman.com
Paul L. Fabien (P46727)
(Admitted *Pro Hac Vice*)
pfabien@honigman.com
Honigman LLP
660 Woodward Avenue
2290 First National Bldg.
Detroit, MI 48226
Telephone: (313) 465-7368
Fax: (313) 465-7369

Nicholas A. Burandt (P84113)
(Admitted *Pro Hac Vice*)
nburandt@honigman.com
Honigman LLP
155 N. Wacker Drive
Suite 3100
Chicago, IL 60606-1734
Telephone: (312) 429-6017
Fax: (312) 701-9335

*Attorneys for Plaintiff*


Respectfully submitted,

/s/Patrick M. Fahey (with permission)
Patrick M. Fahey (ct13862)
pfahey@goodwin.com
Karen T. Staib (ct21119)
kstaib@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Fax: (860) 251-5219

2

58689229.4

        /s/Stephen Weissman (with permission)
        Stephen Weissman (451063)
        (Admitted *Pro Hac Vice*)
        sweissman@gibsondunn.com
        Jamie E. France (1010887)
        (Admitted *Pro Hac Vice*)
        jfrance@gibsondunn.com
        Gibson, Dunn & Crutcher LLP
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036-5306
        Telephone: (202) 955-8690

        Eric J. Stock
        (Admitted *Pro Hac Vice*)
        estock@gibsondunn.com
        Joshua J. Obear
        (Admitted *Pro Hac Vice*)
        jobear@gibsondunn.com
        Gibson, Dunn & Crutcher LLP
        200 Park Avenue
        New York, NY 10166-0193
        Telephone: (212) 351-4000


        /s/Leo Caseria (with permission)
        Thomas J. Dillickrath (483710)
        (Admitted *Pro Hac Vice*)
        tdillickrath@sheppardmullin.co
        Leo Caseria (1655936)
        (Admitted *Pro Hac Vice*)
        lcaseria@sheppardmullin.com
        Sheppard Mullin Richter & Hampton LLP
        2099 Pennsylvania Avenue, N.W.
        Washington, DC 20006-6801
        Telephone: (202) 747-1900

        *Attorneys for Defendants*